FILED'05 APR 14 12:44USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GORDON SWANSON,

          Petitioner,

     v.

CHARLES DANIELS, Warden,
Federal Correctional
Institution, Sheridan,
Oregon,

          Respondent.

No. CV 05-508-JE

**ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER**

This Court heard Petitioner's Motion for Temporary Restraining Order (CR 4) on April 13 and 14, 2005. Based on the record, testimony of witnesses, and documentary evidence submitted by the parties, the Court finds that Petitioner has satisfied the requirements for the issuance of a temporary restraining order pursuant to Fed. R. Civ. P. 65.

The Court finds Petitioner has demonstrated a reasonable likelihood of success on the merits and irreparable harm if he remains in detention pending final disposition of this matter. The

Page 1.   ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER

relative harm to the Respondent if Petitioner is released is outweighed by the substantial harm to Petitioner if he is detained.

THEREFORE, the Court orders Respondent to release Gordon Swanson, Reg. No. 32936-086, forthwith. Pending final disposition of this matter, the Court places Mr. Swanson under the supervision of U.S. Pre-Trial Services, subject to the standard conditions of supervision, and such special conditions as may be imposed after notice and hearing.

DONE AND ORDERED this 14 day of April, 2005.

Michael W. Mosman /for
GARR M. KING
U.S. DISTRICT COURT JUDGE

Order Submitted by:

/s/ Christine Stebbins Dahl
Christine Stebbins Dahl
　Assistant Federal Defender
　Counsel for Petitioner

Copies to:

Christine Stebbins Dahl
　Assistant Federal Defender
Herb Sundby
　Assistant United States Attorney

FCI Sheridan via facsimile to:
　(503.843.4982) (Attn. William Cooley) and
Office of Warden Charles Daniels
　(503.843.3408)

U.S. Pre-Trial Services
　　Attn. Brian Crist, Supervisor

Page 2.   ORDER GRANTING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER